1  **MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2  2445 Capitol Street, Suite 150
FRESNO, CA 93721
3  PHONE (559) 233-2900
FAX (559) 485-3852
4

5  ATTORNEYS FOR   Defendant

6

7
                     **UNITED STATES DISTRICT COURT**
8
                     **EASTERN DISTRICT OF CALIFORNIA**
9
                                * * * * * * * *
10

11  UNITED STATES OF AMERICA,                Case No.: 11-CR-00413 AWI DLB

12           Plaintiff,

13      vs.                                   **STIPULATION TO CONTINUE**
                                              **STATUS CONFERENCE**
14  JUAN LUIS VALTIRRA, ET AL.,                        **AND**
                                                     **ORDER**
15           Defendants.

16

17      IT IS HEREBY STIPULATED by and between the attorneys for the respective parties herein

18  that the Status Conference set for July 9, 2012 at 1:00 pm be continued to August 27, 2012 at 1:00

19  pm.

20      The reason for this request is that the parties are considering a resolution of the case and more

21  time is necessary for the Defendants to consider the offers that have been extended.  The parties also

22  need additional time to evaluate the discovery that has been provided thus far.

23      It is expected that this additional time will result in the resolution of some if not all of these

24  Defendants.

25      The parties further request the Court to enter an Order finding that the "ends of justice"

26  served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and

27  that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18

28  U.S.C. § 3161(h)(7)(A).

DATED: July 5, 2012.

/s/ Mark W. Coleman

MARK W. COLEMAN,
Attorney for Defendant,
Juan Valtirra

DATED: July 5, 2012

/s/ Kimberly Sanchez

KIMBERLY SANCHEZ,
Assistant United States Attorney

DATED:  July 5, 2012.                /s/ Steven Crawford

STEVEN CRAWFORD
Attorney for Defendant
Gamaliel Villegas

DATED:  July 5, 2012.                /s/ Peter Jones

PETER JONES
Attorney for Defendant
David Olivaras-Ruiz

**O R D E R**

For the reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from July 9, 2012 to, and including, August 20, 2012, based upon the Court's finding that the ends of justice outweigh the public's and the defendant's interest in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

**Dated:**    **July 6, 2012**                      /s/ Sheila K. Oberto
                                                  UNITED STATES MAGISTRATE JUDGE