```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )  CASE NO. 1:11-CR-00413 AWI-DLB
                                )
12                  Plaintiff,  )  STIPULATION AND
                                )  ORDER FOR SCHEDULING OF CHANGE
13  v.                          )  OF PLEA HEARING
                                )
14  GAMALIEL VILLEGAS,          )
                                )
15                  Defendant.  )
                                )
16  _____)
```

17    IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,
18 United States Attorney and Kimberly A. Sanchez, Assistant U.S.
19 Attorney and Steven Crawford, attorney for Gamaliel Villegas, that a
20 status conference currently set for September 24, 2012 before the
21 Honorable Dennis L. Beck, U.S. Magistrate Judge, at 1:00 p.m. be
22 vacated.  The parties further request that the case be set for a ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

change of plea before the Honorable Anthony W. Ishii, Chief U.S. District Court Judge, on Monday, October 9, 2012 at 10:00 a.m.

Dated: September 21, 2012                Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                    By   /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney

Dated: September 21, 2012                /s/ Mark Coleman
                                         MARK COLEMAN
                                         Attorney for Mustafa Mitchell

IT IS SO ORDERED.

**Dated:   September 21, 2012**                **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE