Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant  GAMALIEL VILLEGAS

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11CR00413 AWI |
| | ) | |
| Petitioner, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| GAMALIEL VILLEGAS, | ) | Original Date:     12/17/2012 |
| | ) | Requested Date:  01/28/2013 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties that the sentencing in the above entitled  case be continued from the original date of December 17, 2012 at 10:00 am to a new date of January 28, 2013 at 10:00 am. The basis for this stipulation is that defense counsel sent out informal objections on November 16, 2012, however they were never received by the probation officer.  Defense counsel has sent via email the informal objections to the probation officer and has had

Stipulation to continue sentencing hearing
United States of America v. Gamaliel Villegas
Page 1

discussions regarding those objections.  Defense counsel and probation need additional time to discuss the objections and to possibly file and respond to formal objections.

DATED: December 6, 2012

>                        /s/
> KIMBERLY SANCHEZ
> AUSA


>                        /s/
> STEVEN L. CRAWFORD
> Attorney for GAMALIEL VILLEGAS

IT IS SO ORDERED.

Dated:   December 6, 2012            _____
                                     UNITED STATES DISTRICT JUDGE

Stipulation to continue sentencing hearing
United States of America v. Gamaliel Villegas
Page 2