HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GAMALIEL VILLEGAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GAMALIEL VILLEGAS,<br><br>　　　　　Defendant. | No. 1:11-cr-00413-AWI-BAM-2<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable ANTHONY W. ISHII |

Defendant, GAMALIEL VILLEGAS by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On January 28, 2013, this Court sentenced Mr. Villegas to a term of 61 months imprisonment;

3. His total offense level was 31, his criminal history category was I, and the resulting guideline range was 108 to 135 months. He received a reduction from the mandatory minimum of 120 months on the government's motion;

4. The sentencing range applicable to Mr. Villegas was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Villegas' total offense level has been reduced from 31 to 29, and his amended guideline range is 87 to 108 months. A reduction comparable to the one received at the initial sentencing would produce a term of 44 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Villegas's term of imprisonment to 44 months, effective as of November 1, 2015.

Respectfully submitted,

Dated: June 4, 2015                               Dated:  June 4, 2015

BENJAMIN B. WAGNER                    HEATHER E. WILLIAMS
United States Attorney                         Federal Defender


 /s/ *Kathleen A. Servatius*                    /s/ *David M. Porter*
KATHLEEN A. SERVATIUS              DAVID M. PORTER
Assistant U.S. Attorney                        Assistant Federal Defender

Attorney for Plaintiff                              Attorney for Defendant
UNITED STATES OF AMERICA       GAMALIEL VILLEGAS

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Villegas is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 87 to 108 months. A reduction comparable to the one received at the initial sentencing would produce a term of 44 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in January 2013 is reduced to a term of 44 months, effective November 1, 2015. If this sentence is less than the amount of time the defendant has already served as of November 1, 2015, the sentence is reduced to a time served sentence. In no event is this Order to be understood as authorizing

1 release prior to November 1, 2015 or authorizing a term of imprisonment less than the term
2 actually served on November 1, 2015.
3        IT IS FURTHER ORDERED that all other terms and provisions of the original judgment
4 remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above
5 reduction in sentence, and shall serve certified copies of the amended judgment on the United
6 States Bureau of Prisons and the United States Probation Office.
7        Unless otherwise ordered, Mr. Villegas shall report to the United States Probation Office
8 within seventy-two hours after his release.

10 IT IS SO ORDERED.
11 Dated:   June 4, 2015                                  _____
12                                                        SENIOR  DISTRICT  JUDGE